UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | C-21-963 |
| ERIC EDMUNDO GARZA | § | |
| AKA GUERO | | |

## ORDER FOR ISSUANCE OF ARREST WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant.

| Defendant | Amount of Bail |
|---|---|
| ERIC EDMUNDO GARZA | No Bond |

SIGNED this 12th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge