UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE ACTION NO. 2:21-MJ-01383 |
| | § | |
| MICHAEL AARON GALVAN | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense involving a minor victim under Title 18 United States Code Section 2252A(a)(2); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard. The defendant is charged with a serious offense involving significant child exploitation events, has recorded children in his neighborhood and made sexual comments on the recordings regarding the children, has amassed a significant number of videos and photos containing child pornography, Defendant's children (ages 10 and 8) show signs of inappropriate sexual behavior, was on bond at the time of his arrest for the instant case and found to be

in possession of a phone and a computer (although his state bond conditions require no internet access), and frequently travels to Mexico. He is a poor candidate for bond.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant may file a motion to re-open the detention hearing in this case if he is able to obtain a bond in his two pending State cases.

ORDERED on December 2, 2021.

_____
Julie K. Hampton
United States Magistrate Judge