| U.S. Department of Justice | Criminal Docket |
| --- | --- |
| Washington, D.C. | Presented in Corpus Christi, Texas |

| Corpus Christi Division | |
| --- | --- |
| Magistrate No.: C-21-1383M | CR. No.: **C-21-1037** |
| File: INDICTMENT | |
| Filed: December 8, 2021 | **Judge Drew B. Tipton** |
| County: Nueces | |
| Caseview #: 2021R08491 | Judge: _____ |

Attorneys:

United States of America

v.

MICHAEL AARON GALVAN

JENNIFER B. LOWERY, ACTING U.S. ATTORNEY
DENNIS E. ROBINSON, ASST. U.S. ATTORNEY
GRAND JURY ACTION    APP'D   RET

PLEASE INITIAL _____

| TRUE BILL: | _____ |
| --- | --- |
| NO BILL: | _____ |

Charge(s):  Cts 1-3: Distribution of Child Pornography: 18 USC 2252A(a)(2)(B) and 2252A(b)(1).
Cts. 4-5: Possession of Child Pornography: 18 USC 2252A(a)(5)(B), 2252A(b)(2).

Penalty:  Cts. 1-3: Not less than 5 years and not more than 20 years imprisonment, or a fine of not more than $250,000, or both; any term of years not less than 5, or life SRT; and, a $100 Special Assessment; and an additional $5,000 Special Assessment (Justice for Victims of Trafficking Act 2015), up to $35,0000 special assessment (AVAA) and mandatory restitution of at least $3,000 per victim.
Cts. 4-6: Not more than 20 years imprisonment, or a fine of not more than $250,000, or both, any term of years, not less than 5, or life SRT, $100 Special Assessment, $5,000 special assessment (Justice for Victims Trafficking Act 2015), up to $17,000 special assessment (AVAA) and mandatory restitution of at least $3,000 per victim

In Jail:    XXX
On Bond:
No Arrest: