UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. C-21-1037 |
| MICHAEL AARON GALVAN | § § | |

### STIPULATION OF FACT IN SUPPORT OF DEFENDANT'S PLEA

Michael Aaron Galvan, hereinafter referred to as the defendant, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Jennifer B. Lowery, through the undersigned Assistant United States Attorney, Molly K. Smith, to the following facts. The parties agree that these facts are sufficient to establish the defendant's guilt to the offense alleged in Count One (1) of the Indictment. The parties further agree that other facts exist, and those facts may be relevant at sentencing herein.

I.

The defendant confesses that, within the Southern District of Texas, on or about December 28, 2020:

1. the defendant knowingly distributed material containing child pornography, as alleged in the indictment;

2. the child pornography was mailed, shipped or transported in or affecting interstate or foreign commerce, including by internet and/or computer;

3. when the defendant distributed the material, he knew the material contained child pornography; and

4. the production of the visual depiction involved the use of a prepubescent minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

II.

The defendant further stipulates and agrees that, had the case proceeded to trial, the United States would have evidence as outlined below, and would have called witnesses to testify that:

1. On April 1, 2021, Corpus Christi Police Department, Internet Crimes Against Children (CCPD ICAC) Detective Mike Ilse received a NCMEC Cyber Tip related to a user on the KIK cell phone application who uploaded and sent to other users files of child sexual abuse material (CSAM). The CSAM depicted prepubescent minors being anally sexually assaulted by an adult erect penis. One image and one video were uploaded on December 28, 2020, and one image was uploaded on December 27, 2020. The email addresses associated with the user were aemike98@yahoo.com and Joeblo361@yahoo.com, and the IP address used was 97.98.64.247. A subpoena was sent to Charter Communications, and the returns identified the customer information as Name: Michael Galvan, and the defendant's residential address in Corpus Christi, Texas. Detective Ilse contacted Department of Homeland Security Investigations (HSI) Special Agent (SA) Heath Hardwick for assistance.

2. On June 15, 2021, the defendant was encountered by a Customs and Border Patrol Agent (CBPO) at the Port of Entry (POE) in Progresso, Texas, where Agents seized his iPhone. Defendant's iPhone was sent to SA Hardwick, who obtained a federal search warrant to forensically search the iPhone for evidence of child exploitation offenses. The phone was submitted to the CCPD ICAC for forensic analysis.

3. On November 4, 2021, SA Hardwick obtained the forensic analysis of the defendant's iPhone, which contained CSAM. The CSAM consisted of young children between the ages of 2-13 years old engaged in sexually explicit conduct.

4. The social media application Tik Tok was located on the iPhone as well. Using this application, the defendant told other users that he wanted to "trade" videos of children being sexually exploited via the KIK cell phone application. In one conversation, the defendant asked another user: "You have little boys girls getting fucked?". In this same conversation, the defendant said he would only trade "other" videos on KIK.

5. On June 16, 2021, a search warrant was conducted of the defendant's residence, and agents seized his iPad. A forensic analysis was conducted, which showed that 78 images and 12 videos of CSAM were on the iPad, many of which depicted minors between the ages of 2-11 years old.

6. On July 2, 2021, CCPD ICAC Detective Ilse obtained a search warrant for the defendant's iCloud account that the defendant had access to on both his iPhone and iPad. A forensic analysis of the iCloud account was conducted, showing that it contained 190 images and 394 videos of CSAM. The videos the defendant distributed via KIK on December 27, 2020 and December 28, 2020 (the basis of the NCMEC tips) were found on his iCloud account.

8. The defendant now admits that on December 28, 2020, he knowingly distributed via the internet and/or computer, specifically using the KIK cell phone application, a video of child pornography, in that the video depicted an adult male inserting his penis into the anus of a prepubescent minor.

III.

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct.


*Kristen Langford-Harris*  April 5, 2022
MICHAEL AARON GALVAN  Date
Defendant   signed on behalf of and with permission by Michael Galvan


*Kristen Langford-Harris*  April 5, 2022
Attorney for Defendant  Date


JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: *Molly Smith*  4/4/2022
MOLLY K. SMITH  Date
Assistant United States Attorney

4